OPINION — AG — ** TRANSPORTATION — SHERIFF — INSANE PERSONS ** QUESTION: CAN THE COUNTY JUDGE BE AUTHORIZED TO DIRECT PAYMENTS OUT OF THE COURT FUND FOR THE SHERIFF'S MILEAGE FOR THE TRANSPORTATION OF INSANE PERSONS AND JUVENILE DELINQUENTS TO STATE INSTITUTIONS ? — NEGATIVE (PRISONERS FEES, COMPENSATION, CLAIM, ORPHANS, MOVING, PRISONS) CITE: 19 O.S. 180.43 [19-180.43], 62 O.S. 323 [62-323], OPINION NO. JANUARY 9, 1946 — CURRY (LEWIS A. WALLACE)